[No. 27874-0-II.   Division Two.   August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHERINE ESTHER MCCRARY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00724-4, M. Karlynn Haberly, J., entered September 14, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 28154-6-II.   Division Two.   August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. C.H., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-8-00914-7, Robert L. Harris, J., entered November 21, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28321-2-II.   Division Two.   August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD C. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 00-1-00135-3, Joel M. Penoyar, J., entered January 18, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 28328-0-II.   Division Two.   August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD C. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 01-1-00122-0, Joel M. Penoyar, J., entered January 18, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.